1
2
3
4                                         JS-6
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11  CHRIS LANGER                    Case No.: 20-cv-5139-JFW (MRWx)
12           Plaintiff,              **FINAL JUDGMENT**
13       v.
14  JOSE VALDERRAMA
    MARMOLEJO, an individual, AND
15  MARIA DEL CARMEN RAMIREZ
    SANCHEZ, an individual.
16           Defendants.
17
18
19
20
21                          **FINAL JUDGMENT**
22
23      Upon review of the court files, the application for default judgment, and the
24  evidence submitted in support of the default judgment, it is hereby **ORDERED,**
25  **ADJUDGED, and DECREED THAT:**
26
27      1.    Plaintiff Chris Langer shall have judgment in his favor and against
28  Defendants Jose Valderrama Marmolejo and Maria Del Carmen Ramirez Sanchez

in the total amount of $9,060.00 ($4,000.00 in statutory damages and $5,060.00 in attorneys' fees and costs).

2. Defendants Jose Valderrama Marmolejo and Maria Del Carmen Ramirez Sanchez are hereby ordered to provide wheelchair accessible parking spaces at the Las Islitas Restaurant, located at 5875 Hooper Avenue, Los Angeles, California, in compliance with the Americans with Disabilities Act Accessibilities Guidelines.

**DONE AND ORDERED** this 18th day of December 2020.

_____
**HONORABLE JOHN F. WALTER**
**UNITED STATES DISTRICT JUDGE**

2
FINAL JUDGMENT